1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     WALTER LANGSTON,                                No.  2:16-cv-2510 KJM CMK P

12                    Plaintiff,

13          v.                                          ORDER

14     SERGEANT CORONA,

15                    Defendant.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18     U.S.C. § 1983.  Plaintiff has filed an application to proceed in forma pauperis pursuant to 28

19     U.S.C. § 1915.

20          The federal venue statute provides that a civil action "may be brought in (1) a judicial

21     district in which any defendant resides, if all defendants are residents of the State in which the

22     district is located, (2) a judicial district in which a substantial part of the events or omissions

23     giving rise to the claim occurred, or a substantial part of property that is the subject of the action

24     is situated, or (3) if there is no district in which an action may otherwise be brought as provided in

25     this action, any judicial district in which any defendant is subject to the court's personal

26     jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

27          In this case, the defendant is located and the claim arose in Monterey County, which is in

28     the Northern District of California.  Therefore, plaintiff's claim should have been filed in the

                                                        1

1  United States District Court for the Northern District of California.  In the interest of justice, a

2  federal court may transfer a complaint filed in the wrong district to the correct district.  See 28

3  U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

4       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

5  States District Court for the Northern District of California.

6

7  Dated:  December 9, 2016

8                                                         CRAIG M. KELLISON
                                                          UNITED STATES MAGISTRATE JUDGE

9

10

11  /kly
    lang 16cv2510.21a

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28